# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 874 MAL 2014
:
               Respondent       :
: Petition for Allowance of Appeal from the
                           : Order of the Superior Court
            v.              :
:
:
:
FRANKIE LEE HEARNS,      :
:
               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.